IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| BARBARA ZERTUCHE * | |
|     PLAINTIFF * | |
| * | |
| V. * | |
| * | CASE NO. 4:20CV01503 SWW |
| * | |
| STATE FARM MUTUAL * | |
| AUTOMOBILE INSURANCE * | |
| COMPANY * | |
|     DEFENDANT * | |
| * | |

## **ORDER**

Before the Court is the parties' stipulation of dismissal (*Doc. 7*), stating that they have settled this dispute.

IT IS THEREFORE ORDERED that this action is DISMISSED WITH PREJUDICE, with each side to bear its own costs.

IT IS SO ORDERED, this 25th day of October, 2021.

                                /s/Susan Webber Wright
                                UNITED STATES DISTRICT JUDGE